395 A.2d 967

Commonwealth v. Edwards, Appellant.

Commonwealth v. Eckert, Appellant.

Argued

408

September 12, 1978. William F. Ochs, Jr., Public Defender, for appellant at No. 628; David R. Eshelman, Assistant Public Defender, for appellant at No. 676; J. Michael Morrissey, District Attorney, submitted a brief for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.